**Order entered July 30, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00543-CV

## IN RE DELORIS PHILLIPS, Relator

**Original Proceeding from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-18-00541**

## ORDER

Before the Court is relator's July 21, 2018 "Request for Preservation of Any/All Records/Files/Documents, Etc." We **DENY AS MOOT** the request for preservation because all records and documents filed in this original proceeding will be retained in accordance with applicable statutes and the Court's record retention policy.

/s/      DAVID J. SCHENCK
JUSTICE